**Order entered February 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01318-CV

### JOHN TATUM, ET AL., Appellants

### V.

### JULIE HERSH, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

We **GRANT** appellee's February 11, 2015 unopposed motion for an extension of time to file her brief. Appellee shall file her brief by **MARCH 18, 2015**. We caution appellee that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE